THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RHONDA SEXTON, ET AL. § § | |
| v. § | CIVIL NO. 4:22-CV-01045-SDJ-BD |
| § § | |
| DEUTSCHE BANK TRUST § | |
| COMPANY AMERICAS, ET AL. § § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 17, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #54), that Defendants' Motion for Summary Judgment, (Dkt. #39), be granted and that Plaintiffs' Motion to Strike, (Dkt. #42), be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion for Summary Judgment, (Dkt. #39), is **GRANTED** and the Motion to Strike, (Dkt. #42), is **DENIED**.

**So ORDERED and SIGNED this 30th day of April, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE